Brenda A Garlow
135C Grand Canyon Dr #201
Baraboo WI 53913

Re: Jade McClaren

Dear Judge

I am a 62-year-old single woman just beginning my retirement. I am originally from Michigan, divorced with four grown girls and 7 grandbabies. I met Jade at work four years ago , became friends, work buddies and developed a special friendship.

I feel for her and in a way know how she feels. Her first appearance is deceiving but that's her defensive wall because she has always had to be tough and depend on no one. She is a kind caring person; I noticed that from working with her. We worked with a lot of minorities at our job and those minorities respected her, looked up to her and honestly some of them cared about her. She built a relationship with them where they had more respect for her than the actual head one. She helped them with personal stuff, they would confide in her all because of who she really is, a good person. She was my go-too person at work because she knew more about the job and could help you with a problem/concern more that the boss could. She pretty much ran that department and not once did she get any credit or recognition for anything.

Jade has a big heart, is very caring and I think some people have taken advantage of that. She has made mistakes in the past, in which I think she is truly learning from. She has been effortlessly trying to find a job, turning her life around so she can provide for her family. Jade is smart and has the knowledge, she just needs a break in life. I give her credit, with all the setbacks she has had to deal with; she is still desperately searching for work. Her family means the world to her and all she wants is to provide for them and keep them safe. She loves her family.

I know Jade has had a rough life. Being young living on the streets, involved with the law, personal and financial problems. Losing her grandmother this past year has been very difficult for her . Now with this ongoing court case, she fears the thought of losing her kids. I think she wants nothing more than to get her life back on track, find a good stable job so she can take care of her family. I believe she has grown and learned from her past. I wish the best for her. With that being said, everything going on in her life, she still makes a point of checking in on me.
Sincerely

Brenda A Garlow 6/26/26