To whom it may concern,

My name is Mandee Villa, and I had the privilege of working with Jade McClaren for several years in the hospitality industry. During that time, I served first as an Assistant Director and later as the Director of Housekeeping. I am writing to share my personal observations of Jade's character based on the years we worked together and the friendship that developed as a result.

I first met Jade when she interviewed for a Dispatcher position at our resort. From the beginning, she impressed me with her professionalism, reliability, and strong work ethic. As an hourly employee, she was exceptionally dependable. She consistently showed up for work, never missed scheduled shifts, and approached her responsibilities with dedication and accountability. It was clear to me that she understood the importance of providing for her family and took great pride in doing so.

One of the things that always stood out to me was how often Jade spoke about her children. Everything she did was centered around giving them a better life. She consistently expressed that they were her greatest motivation, and throughout the years I knew her, I saw that reflected in her actions. She worked hard, accepted responsibility, and made sacrifices to provide for them. In my experience, she has always been a devoted and loving mother.

After I was promoted to Director of Housekeeping, an Assistant Director position became available. Because I had already worked closely with Jade and had witnessed her dedication, knowledge, and leadership potential firsthand, I encouraged her to apply. I also spoke with my supervisor about her qualifications. Together, we made the decision to promote Jade because we believed she had earned the opportunity through her consistent performance, integrity, and commitment to the team. Looking back, I have no doubt that it was the right decision.

As Assistant Director, Jade became an invaluable partner in leading our department. We worked closely together to improve our hotel's housekeeping performance and guest satisfaction scores. She was dependable, knowledgeable, and always willing to step in wherever help was needed. She was firm when necessary but always treated employees fairly and with respect. Jade genuinely cared about the people she supervised and advocated for them while also maintaining high standards and accountability.

Together, we worked to create an environment where our team members felt heard, valued, and respected. Jade believed strongly that every employee deserved to be treated with dignity, regardless of their position, and she was never afraid to speak up when she felt someone was being treated unfairly. Her passion for fairness and respect made our department stronger and contributed to a positive workplace culture.

Over time, our professional relationship grew into a friendship. Outside of work, whenever her responsibilities as a mother allowed, we spent time together. I came to know Jade as a loyal, honest, and thoughtful friend. She is someone who listens without judgment, offers sincere advice, and stands by the people she cares about. Those qualities have remained consistent throughout the years I have known her.

Based on my personal experience, I have always known Jade to be a hardworking, compassionate, and trustworthy person. She has demonstrated dedication to both her family and her career, and she consistently treated others with fairness, respect, and kindness. It is my privilege to offer this letter in support of her character.

Thank you for your time and consideration.

Respectfully,

Mandee Villa
805.550.4551
mandeejohnston7@gmail.com