**Your honor**

I’ve been Jade McClarens friend for 20 plus years. She has been a loyal and very honest friend. We consider each other sisters to be honest. Shes a great friend, a awesome mother, grandma. She loves her children and her grand babies. She will take her shirt off her back for u if shes able to . She has helped me in certain situations like if my car broke down she would come to my rescue. Her relationship with her mother was never the best. She had stayed with me and my family for a little while when we where about 18 when she was pregnant with her oldest daughter. Her grandmother Jo raised her for the most part, her childhood wasn’t the best. She doesn’t have a relationship with her sister as of what I know. Her relationships with the fathers of her children werent the greatest. She has tried to be the best she can for her children and her grand babies. Shes a very hard worker. I trust her with my life and my children’s lives. She actually helped me with my son that is the same age as her oldest daughter. They grew up with each other. When I had a hard time as a young parent when my father had passed she took my son when I asked her to. No one’s perfect. All we can do is try and be a better person and that’s what I know she trys to do everyday.

Shanna Stoddard